# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

JENNIFER DIIANNI,                    )

                                     )       Case No.

       Plaintiff,               )

                                     )

       vs.                       )

                                     )       **NOTICE OF DISMISSAL**

                                     )

I.C. SYSTEM, INC.,             )

                                     )

       Defendant.             )

Now comes the Plaintiff, JENNIFER DIIANNI, by and through her attorneys, LUXENBURG & LEVIN, LLC, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

 

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 303
(866) 551-7791 (facsimile)
Lynette@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 303
(866) 551-7791 (facsimile)
Lynette@LuxenburgLevin.com